# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132014

VONZELLA YOUNG, Personal
Representative of the Estate of MILDRED
P. SILA, Deceased,
            Plaintiff-Appellant,

v

SPECTRUM HEALTH-REED CITY
CAMPUS,
            Defendant-Appellee.

SC: 132014
COA: 259644
Osceola CC: 02-009613-NH

_____/

On order of the Court, the application for leave to appeal the May 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2007

_____
Clerk

d0124